UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMOND O. LEWIS, | ) Case No. EDCV 05-846 VAP(JC) |
| Petitioner, | ) ~~[PROPOSED]~~ |
| v. | ) JUDGMENT |
| G.J. GIURBINO, Warden, | ) |
| Respondent. | ) |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: Sept. 15 2009

*Virginia A. Phillips*
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE